UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/27/2023

MENA CORTEZ ET AL.,

                               **Plaintiffs**,

                         -against-

LA NUEVA GIRALDA BAKERY, INC. ET AL.,

                               **Defendants.**

23-cv-01028 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      On February 7, 2023, Plaintiffs filed a Complaint commencing this action against Defendants La Nueva Giralda Bakery Inc. ("Bakery") and Milton Velasquez. ECF No. 1. Plaintiffs advised the Court that they served Defendant Bakery on February 23, 2023 and Defendant Velasquez on February 25, 2023. *See* ECF Nos. 7-8. To date, neither Defendant has appeared or responded to Plaintiffs' complaint.

      Plaintiffs are hereby **ORDERED** to submit a status report on the current status of this action by no later than **March 30, 2023**.

**SO ORDERED.**

Dated:    March 27, 2023
             New York, New York

                                                     **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**