# Law Offices of Colin Mu[...]
Employment and Civil Litigation

36-36 33rd Street.
Suite 308
Astoria, NY 11106

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/2023
```

July 28, 2023

Honorable Katharine H. Parker
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

        Re: Mena Cortez v. La Nueva Giralda Bakery, Inc. Civil Action:23-cv-1028

Your Honor,

The parties jointly request two additional weeks to submit the Cheeks motion in this matter. A final draft is in circulation for execution and the required signatures will be obtained shortly.

/s/Colin Mulholland, Esq.
Colin Mulholland, Esq.
36-36 33rd Street, Ste. 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*

APPLICATION GRANTED

*[Signature]*
Hon. Katharine H. Parker, U.S.M.J.   7/31/2023