

# KARPF, KARPF & CERUTTI, P.C.

ATTORNEYS AT LAW

3331 Street Road
Two Greenwood Square, Suite 128
Bensalem, PA 19020
Tel: (215) 639-0801
Fax: (215) 639-4970
alease@karpf-law.com

September 22, 2023

**VIA ECF ONLY**
Hon. Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**APPLICATION GRANTED**

/s/ Katharine H. Parker
Hon. Katharine H. Parker, U.S.M.J.
9/25/2023

    **Re:** *Mena Cortez et al. v. La Nueva Giralda Bakery, Inc. et al.*
          Civil Action No.: 23-1028

Dear Judge Parker:

    I represent Defendants and write jointly with counsel for Plaintiff, regarding the Court's September 8, 2023 Order (ECF No. 29).

    The Parties are in the process of executing a revised settlement agreement, which will contain a carve-out in the non-disparagement clause for truthful statements about Plaintiffs' experience litigating their case. However, all Parties have not yet executed the revised agreement. As such, the Parties respectfully request one (1) additional week (until 9/29/23) to submit the executed revised agreement.

    Thank you for the Court's attention to this matter. Please let us know if the Court would like any further information.

                        Respectfully submitted,

                        **KARPF, KARPF & CERUTTI, P.C.**

                        */s/ Adam C. Lease*
                        Adam C. Lease

cc (via ECF):
All counsel of record